DISTRICT OF MINNESOTA

IN RE ADMINISTRATIVE WARRANT OF: )
)
MONOGRAM MEAT SNACKS, LLC ) SEALED BY ORDER
521 N. 5TH Street ) OF THE COURT
Chandler, MN 56122 )
Under the custody or control of Monogram ) Case No. 23-mj-218 DTS
Assembled Foods, LLC or Affiliate )

## RETURN OF SERVICE

I hereby certify that a copy of the within warrant was duly served (indicate by check method used).

: on a duly authorized agent
: by leaving at principal office
: or place of business, to wit:
: _Robert VAN DER LINDEN (Superintendent Night Shift)_
: _____
: _____

On the company named hereon

_March 28 2023_
(Month) (Day) (Year)

_Matthew Latuff_
(Name of person making service)

_Wage and Hour Investigator_
(Official Title)

## RETURN

Inspection of the establishment described in the warrant was made on _March 28_, 2023 at _1130_ am/**pm**

_____
Wage and Hour Investigator

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE ADMINISTRATIVE WARRANT OF: )
)
MONOGRAM MEAT SNACKS, LLC ) SEALED BY ORDER
521 N. 5TH Street ) OF THE COURT
Chandler, MN 56122 )
Under the custody or control of Monogram ) Case No. 23-mj-218 DTS
Assembled Foods, LLC or Affiliate )

### RETURN OF SERVICE

I hereby certify that a copy of the within warrant was duly served (indicate by check method used).

: on a duly authorized agent
: by leaving at principal office
: or place of business, to wit:
✓: Eli Rodriguez HR Manager
: _____
: _____

On the company named hereon

March 29 2023
(Month) (Day) (Year)

Matthew Latuff
(Name of person making service)

Wage and Hour Investigator
(Official Title)

### RETURN

Inspection of the establishment described in the warrant was made on March 29, 2023 at 01:26 am/pm.

_____
Wage and Hour Investigator